UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| KERRY FARINA, | ) |
| Plaintiff, | ) ) ) ) ) |
| v. | ) 13-CV-2102 |
| K. ANGLIN, et al. | ) ) ) |
| Defendants, | ) ) ) |

## OPINION

SUE E. MYERSCOUGH, U.S. District Judge:

Plaintiff, proceeding pro se and currently incarcerated in Dixon Correctional Center, seeks leave to proceed in forma pauperis.

Plaintiff challenges the dismissal by Judge McCuskey of Plaintiff's lawsuit filed in 2009, which asserted claims arising from Plaintiff's alleged rape in prison in 2008. Plaintiff appealed Judge McCuskey's dismissal, and the Seventh Circuit Court of Appeals affirmed Judge McCuskey in an unpublished order dated April 18,

2011.  <u>Farina v. Anglin, et al.</u>, No. 10-1673 (7th Cir., 4/13/11 Order).

Plaintiff seeks to pursue the same claims based on alleged errors by Judge McCuskey and alleged fraud by the Defendants in his prior case.  Plaintiff filed a similar motion before Judge McCuskey which Judge McCuskey denied on March 18, 2013.

Plaintiff cannot challenge Judge McCuskey's dismissal by filing a new case.  The way to challenge Judge McCuskey's dismissal was to appeal the ruling to the Seventh Circuit Court of Appeals, which Plaintiff did.  Another way to challenge Judge McCuskey's ruling was to file a motion before Judge McCuskey, which Plaintiff also did.

IT IS THEREFORE ORDERED:

1) Plaintiff's complaint is dismissed for failure to state a claim and as frivolous pursuant to Fed. R. Civ. P. 12(b)(6) and 28 U.S.C. § 1915A.  This case is closed.  All pending motions are denied as moot (d/e 6).  The clerk is directed to enter a judgment pursuant to Fed. R. Civ. P. 58.

2)   This dismissal shall count as one of the plaintiff's three allotted "strikes" pursuant to 28 U.S.C. Section 1915(g).  The Clerk of the Court is directed to record Plaintiff's strike in the three-strike log.

3)   Plaintiff must still pay the full docketing fee of $350 even though his case has been dismissed.  The agency having custody of Plaintiff shall continue to make monthly payments to the Clerk of Court, as directed in the Court's prior order.

4)   If Plaintiff wishes to appeal this dismissal, he must file a notice of appeal with this Court within 30 days of the entry of judgment.  Fed. R. App. P. 4(a).  A motion for leave to appeal in forma pauperis should set forth the issues Plaintiff plans to present on appeal.  See Fed. R. App. P. 24(a)(1)(C).  If Plaintiff does choose to appeal, he will be liable for the $455 appellate filing fee irrespective of the outcome of the appeal.

ENTERED: 06/10/2013

FOR THE COURT:

                              s/ SUE E. MYERSCOUGH
                               SUE E. MYERSCOUGH
                          UNITED STATES DISTRICT JUDGE